# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HORIZON LINES, LLC,

    Plaintiff,                      JUDGMENT IN A CIVIL CASE

    v.                                  CASE NUMBER: C08-5756 JRC

EXPERT FORWARDERS, INC., a Washington Corporation;
and CLYDE ZIELINSKI, an individual,

    Defendants.

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Judgment is entered in favor of Plaintiff Horizon Lines, LLC and against Defendants Expert Forwarders, Inc. and Clyde Zielinski in the amount of Thirty-Six Thousand Eighty-Six Dollars and Seventy-Six Cents ($36,086.76).

Dated this 18th day of August, 2009.

                                                           BRUCE RIFKIN
                                                           Clerk

                                      /s/ Caroline Gonzalez
                                      Deputy Clerk